IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH WRIGHT**                                                                  **PLAINTIFF**

V.                                             **4:22CV1234 JM**

**EVANSTON INSURANCE COMPANY**                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendant and against the Plaintiff.

IT IS SO ORDERED this 14th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE